AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schroeder, HKennethJr | 2. Court or Organization<br><br>U.S. District Court, W.D.N.Y. | 3. Date of Report<br><br>05/02/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.Magistrate Judge-Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. | May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/01/15 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | A | Dividend | K | T | | | | | |
| 6. Managers Special Equity | | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | | None | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. Money Market Funds: | | | | | | | | | |
| 21. Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. New York's College Savings Program (age/ risk based invest.) | | | | | | | | | |
| 24. | | None | K | T | | | | | |
| 25. | | None | K | T | | | | | |
| 26. | | None | K | T | | | | | |
| 27. M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LEAR CORP | | None | | | Sold | 09/21/15 | J | A | |
| 36. LEXMARK INTL INC CL A | A | Dividend | | | Sold | 07/21/15 | J | B | |
| 37. BEIERSDORF AG ORD *FOREIGN SECURITY ORD | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 38. LAZARD LTD CL A DE | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 39. GILEAD SCIENCES INC DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 40. EASTMAN CHEMICAL CO DE | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 41. EOG RESOURCES INC DE | A | Dividend | | | Sold | 05/05/15 | J | B | |
| 42. DISCOVER FINANCIAL SERVICES | A | Dividend | | | Sold | 02/23/15 | J | B | |
| 43. AMERISOURCEBERGEN CORP | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 44. VALERO ENERGY CORP NEW | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 45. DELTA AIR LINES INC DELA NEW (X) | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 46. PRUDENTIAL FINANCIAL INC | A | Dividend | | | Sold | 12/21/15 | J | B | |
| 47. QUALCOMM INC | A | Dividend | | | Sold | 01/30/15 | J | B | |
| 48. GENERAL MOTORS CO | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 49. CBS CORP NEW CL B | A | Dividend | | | Sold | 08/05/15 | J | B | |
| 50. JOHNSON CONTROLS INC | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 51. SOUTH JERSEY INC INC | A | Int./Div. | | | Sold | 03/10/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EMC CORP MASS | A | Dividend | | | Sold | 09/21/15 | J | B | |
| 53. AETNA INC | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 54. ACTIVISION BLIZZARD INC | A | Int./Div. | | | Sold | 02/25/15 | J | B | |
| 55. NRG ENERGY INC NEW | A | Int./Div. | | | Sold | 05/08/15 | J | B | |
| 56. CELANESE CORP NEW SER A | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 57. AXA ADR (X) | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 58. TRIUMPH GROUP INC | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 59. ORIENT OVERSEAS INTL LTD ADR | A | Int./Div. | | | Sold | 06/10/15 | J | B | |
| 60. KNOLL INC NEW | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 61. HUNTINGTON BANCSHARES DE VSP | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 62. TECK RESOURCES LTD CL B ORD CAD | A | Int./Div. | | | Sold | 04/23/15 | J | B | |
| 63. STEEL DYNAMICS INC | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 64. HERMAN MILLER INC | A | Int./Div. | | | Sold | 03/20/15 | J | B | |
| 65. TAIWAN SEMICONDUCTOR MFG CO LTD ADR (X) | A | Dividend | | | Sold | 04/17/15 | J | B | |
| 66. MORGAN STANLEY | A | Int./Div. | | | Sold | 09/21/15 | J | B | |
| 67. AMERICAN AIRLS GROUP INC (X) | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 68. POSCO SPON ADR | A | Int./Div. | | | Sold | 09/21/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. APPLIED MATERIALS INC | A | Int./Div. | | | Sold | 04/16/15 | J | B | |
| 70. MAGNA INTL INC CL A SUB VTG CANADA ORD CAD | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 71. CHICAGO BRIDGE & IRON CO NV EUR | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 72. FEDEX CORP | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 73. HEWLETT PACKARD CO | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 74. SYNNEX CORP | A | Int./Div. | | | Sold | 05/21/15 | J | B | |
| 75. BLACKSTONE GROUP LP/THE UNIT REPSTG LTD PARTNERSHIP INT DE VSP | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 76. SM ENERGY CO | A | Int./Div. | | | Sold | 06/18/15 | J | A | |
| 77. SMITH & NEPHEW PLC NEW SPON ADR | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 78. KKR & CO L P DEL COM UNITS MLP | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 79. CUMMINS INC | A | Dividend | | | Sold | 10/27/15 | J | A | |
| 80. LYONDELLBASELL INDUSTRIES N V SHS - A - CL A | A | Int./Div. | | | Sold | 02/03/15 | J | A | |
| 81. TOYOTA MOTOR CORP NEW JAPAN SPON ADR | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 82. BARRICK GOLD CORP CAD | A | Dividend | | | Sold | 02/23/15 | J | B | |
| 83. COPA HOLDINGS SA CL A | A | Dividend | | | Sold | 05/07/15 | J | A | |
| 84. RELIANCE STEEL & ALUMINUM CO | A | Int./Div. | | | Sold | 09/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. PRECISION CASTPARTS CORP | A | Dividend | | | Sold | 04/16/15 | J | B | |
| 86. TRAVELERS COS INC/THE DE VSP | A | Int./Div. | | | Sold | 04/21/15 | J | B | |
| 87. CDN IMPERIAL BK COMM CANADA CAD DE (Y) | | | | | | | | | |
| 88. NEUROCRINE BIOSCIENCES INC NEW NEW DE | A | Int./Div. | | | Sold | 01/08/15 | J | B | |
| 89. SPIRIT AIRLINES INC DE | A | Int./Div. | | | Sold | 07/14/15 | J | B | |
| 90. HELIX ENERGY SOLUTIONS GROUP INC | A | Int./Div. | | | Sold | 03/09/15 | J | A | |
| 91. BLUCORA INC DE | A | Int./Div. | | | Sold | 05/07/15 | J | A | |
| 92. PHOTOTRONICS INC DE (Y) | | | | | | | | | |
| 93. QUANTA SERVICES INC DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 94. JETBLUE AIRWAYS CORP DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 95. PRESTIGE BRANDS HOLDINGS INC DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 96. KORN FERRY INTL CAL DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 97. SHIRE PLC SPON ADR DE | A | Dividend | | | Sold | 01/12/15 | J | B | |
| 98. OWENS ILLINOIS INC NEW DE | A | Int./Div. | | | Sold | 02/03/15 | J | B | |
| 99. SPROUTS FARMERS MARKETS INC DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 100. MICHAEL KORS HLDGS LTD DE | A | Int./Div. | | | Sold | 06/03/15 | J | A | |
| 101. FMC TECHNOLOGIES INC DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. SKECHERS USA INC CL A DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 103. INFORMATICA CORP DE | A | Int./Div. | | | Sold | 01/26/15 | J | B | |
| 104. SWIFT TRANSN CO CL A DE | A | Int./Div. | | | Sold | 09/21/15 | J | B | |
| 105. EW SCRIPPS CO CL A DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 106. HOCHTIEF AG ORD DM 5 PR ORD EUR DE | A | Int./Div. | | | Sold | 02/27/15 | J | B | |
| 107. FRANKLIN RESOURCES INC DE | A | Int./Div. | | | Sold | 01/30/15 | J | B | |
| 108. MERITAGE HOMES CORP DE | A | Int./Div. | | | Sold | 05/01/15 | J | B | |
| 109. XEROX CORP DE | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 110. KATE SPADE & CO DE | A | Int./Div. | | | Sold | 03/03/15 | J | B | |
| 111. SHIRE PLC SPON ADR DE (Y) | | | | | | | | | |
| 112. GOOGLE INC CL C DE | A | Dividend | | | Sold | 07/17/15 | J | B | |
| 113. NORDEA BANK AB EUR DE | A | Int./Div. | | | Sold | 05/04/15 | J | B | |
| 114. UNITED CONTL HLDGS INC DE | A | Int./Div. | | | Sold | 09/21/15 | J | B | |
| 115. BERKSHIRE HATHAWAY INC NEW CL B DE VSP (X) | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 116. CONSTELLATION BRANDS INC CL A DE VSP (X) | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 117. CUMMINS INC DE | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 118. ICON PLC EUR DE VSP | A | Int./Div. | | | Sold | 09/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. NPS PHARMACEUTICALS DEL DE VSP | A | Dividend | | | Sold | 01/12/15 | J | D | |
| 120. PAREXEL INTL CORP DE VSP | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 121. SUNEDISON INC DE VSP | A | Int./Div. | | | Sold | 09/21/15 | J | B | |
| 122. UNTD RENTALS INC DE VSP | A | Int./Div. | | | Sold | 09/21/15 | J | A | |
| 123. RF MICRO DEVICES INC DE (Y) | | | | | | | | | |
| 124. TECK RESOURCES LTD CL B ORD CAD DE (Y) | | | | | | | | | |
| 125. FREEPORT-MCMORAN INC DE | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 126. GOODYEAR TIRE & RUBBER CO DE | A | Dividend | | | Sold | 12/10/15 | J | B | |
| 127. CIGNA CORP DE | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 128. FOSSIL GROUP INC DE | A | Dividend | | | Sold | 02/23/15 | J | B | |
| 129. CELADON GROUP INC DE (Y) | | | | | | | | | |
| 130. CENTURYLINK INC DE | A | Dividend | | | Sold | 08/06/15 | J | A | |
| 131. DISCOVER FINANCIAL SERVICES DE (Y) | | | | | | | | | |
| 132. TYSON FOODS INC CL A DE | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 133. CABOT CORP DE | A | Dividend | | | Sold | 07/20/15 | J | B | |
| 134. ORANGE SPON ADR DE | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 135. UNITEDHEALTH GROUP INC (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136.  CONSTELLATION ENERGY GP (Y) | | | | | | | | | |
| 137.  HERSHEY FOODS CORP (Y) | | | | | | | | | |
| 138.  IMMUNEX CORP NEW (Y) | | | | | | | | | |
| 139.  INDYMAC BANCORP INC (Y) | | | | | | | | | |
| 140.  LEHMAN BROTHERS HLDGS COM (Y) | | | | | | | | | |
| 141.  HCA INC (Y) | | | | | | | | | |
| 142.  VISHAY INTERTECHNLGY (Y) | | | | | | | | | |
| 143.  BARNES & NOBLE INC (Y) | | | | | | | | | |
| 144.  WACHOVIA CORP (Y) | | | | | | | | | |
| 145.  REHABCARE GROUP INC (Y) | | | | | | | | | |
| 146.  ELECTRS BOUTIQUE HLDGS (Y) | | | | | | | | | |
| 147.  HARLEY DAVIDSON INC (Y) | | | | | | | | | |
| 148.  MID ATLANTIC MED SVCS (Y) | | | | | | | | | |
| 149.  OCEAN ENERGY INC (Y) | | | | | | | | | |
| 150.  PUB SVC NEW MEX PR (Y) | | | | | | | | | |
| 151.  AFFILIATED COMP SVCS (Y) | | | | | | | | | |
| 152.  AMERICAN STD COS (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ANIXTER INTL INC (Y) | | | | | | | | | |
| 154. BOISE CASCADE (Y) | | | | | | | | | |
| 155. MBNA CORP (Y) | | | | | | | | | |
| 156. OPEN TEXT CORP (Y) | | | | | | | | | |
| 157. CAPITOL ONE FINL (Y) | | | | | | | | | |
| 158. KINETICS CONCEPTS (Y) | | | | | | | | | |
| 159. NEWS CORP CI (Y) | | | | | | | | | |
| 160. NORFOLK SOUTHERN (Y) | | | | | | | | | |
| 161. OPEN TEXT CORP (Y) | | | | | | | | | |
| 162. SONY CORP (Y) | | | | | | | | | |
| 163. WEIGHT WATCHERS INT (Y) | | | | | | | | | |
| 164. COMMERCE BANCORP INC NJ (Y) | | | | | | | | | |
| 165. INGRAM MICRO INC CL A (Y) | | | | | | | | | |
| 166. MOTOROLA INC COM (Y) | | | | | | | | | |
| 167. MICRO DEVICES INC (Y) | | | | | | | | | |
| 168. SCIENTIFIC ATLANTA (Y) | | | | | | | | | |
| 169. MATSUSHTA EL IND ADR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. FISHER SCIENTIFIC 1 NEW (Y) | | | | | | | | | |
| 171. THERMO ELECTRON CORP (Y) | | | | | | | | | |
| 172. UNIVISION COMM INC CL A (Y) | | | | | | | | | |
| 173. SAP AKGSLTT SPONSORD ADR (Y) | | | | | | | | | |
| 174. KOHLS CORP WISC PV 1CT (Y) | | | | | | | | | |
| 175. GLOBAL SANTAFE CORP (Y) | | | | | | | | | |
| 176. CITIZENS COMMNCTNS CO (Y) | | | | | | | | | |
| 177. PENSKE AUTO GROUP INC (Y) | | | | | | | | | |
| 178. GARMIN LTD (KAYMAN IS) (Y) | | | | | | | | | |
| 179. TREEHOUSE FOODS INC COM STK (Y) | | | | | | | | | |
| 180. ATC TECH CORP (Y) | | | | | | | | | |
| 181. RAILCORP HOLDINGS INC NEW DE (Y) | | | | | | | | | |
| 182. SCHLUMBERGER LTD NETHERLANDS ANTILLES (Y) | | | | | | | | | |
| 183. VALUCLICK INC DE (Y) | | | | | | | | | |
| 184. EVEREST RE GROUP LTD BERMUDA | A | Dividend | | | Sold | 09/21/15 | J | A | |
| 185. L.V.M.H.EUR 0.0.0EUR PAR ORDINARY (Y) | | | | | | | | | |
| 186. MEMC ELECTRONIC MATERIALS INC (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. ROYAL CARIBBEAN CRUISES LTD LIBERIA ORD (Y) | | | | | | | | | |
| 188. KOREA ELECTRIC POWER CRP SPONSORED ADR SHS DE | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 189. | | | | | Sold | 08/05/15 | J | B | |
| 190. BEIERSDORF AG ADR DE | A | Dividend | J | T | Buy | 01/16/15 | J | | |
| 191. ALLEGHENY TECHNOLOGY | A | Dividend | J | T | Buy | 01/21/15 | J | | |
| 192. | | | | | Sold | 02/23/15 | J | B | |
| 193. AK STEEL HOLDING CORP DE | A | Int./Div. | J | T | Buy | 01/27/15 | J | | |
| 194. NUCOR CORP DE | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 195. | | | | | Sold | 09/21/15 | J | A | |
| 196. UNITED STATES STEEL CORP NEW DE | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 197. | | | | | Sold | 04/30/15 | J | B | |
| 198. ALIBABA GROUP HLDG LTD SPON ADR | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 199. | | | | | Sold | 09/21/15 | J | B | |
| 200. CROWN HOLDINGS INC DE | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 201. | | | | | Sold | 04/17/15 | J | B | |
| 202. ING GROEP N V NL SPON ADR DE | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 203. | | | | | Sold | 08/05/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. NORSK HYDRO A.S NEW NORWAY SPON ADR DE | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 205. | | | | | Sold | 03/05/15 | J | B | |
| 206. VF CORP DE | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 207. | | | | | Sold | 09/21/15 | J | A | |
| 208. AXA ADR DE | A | Dividend | J | T | Buy | 02/25/15 | J | | |
| 209. NRG ENERGY INC NEW DE | A | Dividend | J | T | Buy | 03/03/15 | J | | |
| 210. KROGER COMPANY DE | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 211. | | | | | Sold | 09/21/15 | J | A | |
| 212. ORIENT OVERSEAS INTL LTD ADR DE | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 213. ROWAN COMPANIES PLC CL A DE | A | Int./Div. | J | T | Buy | 03/16/15 | J | | |
| 214. | | | | | Sold | 09/21/15 | J | B | |
| 215. WHARF HLDGS LTD UNSPONSORED ADR DE | A | Dividend | J | T | Buy | 03/16/15 | J | | |
| 216. | | | | | Sold | 05/07/15 | J | B | |
| 217. PULTE GROUP INC DE | A | Dividend | J | T | Buy | 03/19/15 | J | | |
| 218. | | | | | Sold | 05/01/15 | J | B | |
| 219. UNITED CONTL HLDGS INC DE (Y) | | | | | | | | | |
| 220. VALERO ENERGY CORP NEW DE | A | Dividend | J | T | Buy | 03/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. DATANG INTL POWER GENERATION CO LTD SPON ADR DE | A | Int./Div. | J | T | Buy | 03/20/15 | J | | |
| 222. | | | | | Sold | 04/29/15 | J | B | |
| 223. PING AN INSURANCE (GROUP) CO OF CHINA LTD REPSTG 20 H SHS SPON DE | A | Int./Div. | J | T | Buy | 03/20/15 | J | | |
| 224. | | | | | Sold | 09/21/15 | J | A | |
| 225. SYNOVUS FINL CORP DE | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 226. | | | | | Sold | 09/21/15 | J | A | |
| 227. CAPITAL ONE FINCL CORP DE | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 228. | | | | | Sold | 07/24/15 | J | A | |
| 229. MOSAIC CO DE | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 230. | | | | | Sold | 09/21/15 | J | A | |
| 231. HUNTINGTON BANCSHRES DE | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 232. CARTER'S INC DE | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 233. | | | | | Sold | 09/21/15 | J | A | |
| 234. HERMES INTL SA FRF PAR ORD EUR DE | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 235. | | | | | Sold | 09/12/15 | J | B | |
| 236. NEXT GROUP PLC ORD GBP DE | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 237. | | | | | Sold | 09/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. SANOFI SPON ADR DE | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 239. | | | | | Sold | 09/21/15 | J | A | |
| 240. IPSEN PROMESSES SHS ORD EUR DE | A | Dividend | J | T | Buy | 05/04/15 | J | | |
| 241. | | | | | Sold | 09/21/15 | J | A | |
| 242. CHINA CONSTR BK CORP ADR DE | A | Dividend | J | T | Buy | 05/05/15 | J | | |
| 243. | | | | | Sold | 09/21/15 | J | A | |
| 244. BJ'S RESTAURANTS INC DE | A | Dividend | J | T | Buy | 05/06/15 | J | | |
| 245. | | | | | Sold | 09/21/15 | J | A | |
| 246. AMSURG CORP NEW DE | A | Dividend | J | T | Buy | 05/07/15 | J | | |
| 247. | | | | | Sold | 09/21/15 | J | A | |
| 248. GROUP 1 AUTOMOTIVE INC DE | A | Dividend | J | T | Buy | 05/07/15 | J | | |
| 249. | | | | | Sold | 09/21/15 | J | A | |
| 250. FOOT LOCKER INC DE | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 251. | | | | | Sold | 09/21/15 | J | A | |
| 252. INTERCONTINENTALEXCHANGE GROUP DE | A | Dividend | J | T | Buy | 06/09/15 | J | | |
| 253. LATTICE SEMICONDUCTOR CORP DE | A | Dividend | J | T | Buy | 06/09/15 | J | | |
| 254. CVS HEALTH CORP DE | A | Dividend | J | T | Buy | 06/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. ORANGE SPON ADR DE | A | Dividend | J | T | Buy | 06/22/15 | J | | |
| 256. PRUDENTIAL FINANCIAL INC DE | A | Dividend | J | T | Buy | 06/22/15 | J | | |
| 257. FRONTIER COMMUNICATIONS CORP DE | A | Dividend | J | T | Buy | 06/29/15 | J | | |
| 258. | | | | | Sold | 09/21/15 | J | A | |
| 259. AVAGO TECHNOLOGIES LTD SGD DE | A | Dividend | J | T | Buy | 07/14/15 | J | | |
| 260. | | | | | Sold | 09/21/15 | J | A | |
| 261. GOLDMAN SACHS GROUP INC | A | Dividend | J | T | Buy | 07/17/15 | J | | |
| 262. FORD MOTOR CO COM NEW DE | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 263. | | | | | Sold | 09/21/15 | J | A | |
| 264. JUNIPER NETWORKS INC DE | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 265. | | | | | Sold | 09/21/15 | J | A | |
| 266. LANDSTAR SYSTEMS INC DE | A | Dividend | J | T | Buy | 07/24/15 | J | | |
| 267. | | | | | Sold | 09/21/15 | J | A | |
| 268. UNITED CONTL HLDGS INC DE (Y) | | | | | | | | | |
| 269. MASCO CORP DE | A | Dividend | J | T | Buy | 07/30/15 | J | | |
| 270. | | | | | Sold | 09/21/15 | J | A | |
| 271. PACCAR INC DE | A | Dividend | J | T | Buy | 08/05/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Sold | 09/21/15 | J | A | |
| 273.  KBC GROUP SA/NV SHS EUR DE | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 274. | | | | | Sold | 08/24/15 | J | B | |
| 275.  SMITH A O CORP DE | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 276. | | | | | Sold | 09/21/15 | J | A | |
| 277.  SOUTHWESTERN ENERGY CO DE | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 278. | | | | | Sold | 09/21/15 | J | A | |
| 279.  HARMAN INTL INDS INC NEW DE | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 280. | | | | | Sold | 09/21/15 | J | A | |
| 281.  TWITTER INC DE | A | Dividend | J | T | Buy | 10/12/15 | J | | |
| 282.  APPLE INC DE | A | Dividend | J | T | Buy | 10/16/15 | J | | |
| 283.  SCHWAB CHARLES CORP NEW DE | A | Dividend | J | T | Buy | 10/19/15 | J | | |
| 284.  TEGNA INC DE | A | Dividend | J | T | Buy | 10/20/15 | J | | |
| 285.  KITE REALTY GROUP TRUST REIT DE | A | Dividend | J | T | Buy | 10/26/15 | J | | |
| 286.  FEDERATED INVESTORS INC PA CL B DE | A | Dividend | J | T | Buy | 10/27/15 | J | | |
| 287.  CONS ENERGY INC DE | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 288.  WYNDHAM WORLDWIDE CORP DE | A | Dividend | J | T | Buy | 10/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. LLOYDS BANKING GROUP PLC SPON ADR DE | A | Dividend | J | T | Buy | 11/04/15 | J | | |
| 290. REYNOLDS AMERN INC (HOLDING CO) DE | A | Dividend | J | T | Buy | 11/10/15 | J | | |
| 291. ENCANA CORP CAD DE | A | Dividend | J | T | Buy | 11/13/15 | J | | |
| 292. TJX COS INC NEW DE | A | Dividend | J | T | Buy | 11/17/15 | J | | |
| 293. BARCLAYS PLC ADR DE | | None | J | T | Buy | 12/10/15 | J | | |
| 294. WYNDHAM WORLDWIDE CORP DE | | None | J | T | Buy | 12/10/15 | J | | |
| 295. CLEARWATER PAPER CORP DE | | None | J | T | Buy | 12/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schroeder, HKennethJr | 05/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part I. POSITIONS:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HKennethJr Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544